1  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
2  DAVID J. KLINE
   Director, District Court Section
3  Office of Immigration Litigation
   VICTOR M. LAWRENCE, DCBN 449052
4  Senior Litigation Counsel
   CHRISTOPHER W. HOLLIS, ILBN 6283101
5  Trial Attorney

6      P.O. Box 878, Ben Franklin Station
       Washington, D.C.  20044
7      Telephone: (202) 305-0899; FAX: (202) 616-8962

8  Attorneys for Defendants

9              UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
                SAN FRANCISCO DIVISION
11

12  AMARJIT SINGH,                      )
                                        )
13              Plaintiff,              )    No. 08-cv-1021 (MHP)
                                        )
14      v.                              )
                                        )    **JOINT STIPULATION TO EXTEND**
15  EMILIO T. GONZALEZ,                 )    **RESPONSE DATE;** ▮▮▮▮▮▮▮
   Director, United States Citizenship and )  **ORDER**
16  Immigration Services, et al.,       )
                                        )
17              Defendants.             )
    _____)

18

19      Plaintiff filed his Complaint on February 20, 2008, and served the U.S. Attorney's Office

20  on February 26, 2008.  It now appears that this case may be resolved administratively within the

21  next four weeks.  Accordingly, the parties, by and through their attorneys, hereby respectfully

22  //

23  //

24

25

26

27

28

JOINT STIPULATION
No. 08-cv-1021 (MHP)

1    and jointly request an extension of four weeks from April 28, 2008, to May 27, 2008, for

2    Defendants to answer Plaintiff's Complaint.

3

4    Dated: April 28, 2008                          Respectfully submitted,

5

6                                                   JEFFREY S. BUCHOLTZ
                                                    Acting Assistant Attorney General
7
                                                    DAVID J. KLINE
8                                                   Director, District Court Section

9                                                   VICTOR M. LAWRENCE
                                                    Senior Litigation Counsel
10

11                                    By:           CHRISTOPHER W. HOLLIS

12                                                  CHRISTOPHER W. HOLLIS
                                                    Trial Attorney
13                                                  Office of Immigration Litigation
                                                    U.S. Department of Justice
14                                                  P.O. Box 878, Ben Franklin Station
                                                    Washington, D.C. 20044
15                                                  (202) 305-0899; 616-8962 (fax)
                                                    christopher.hollis@usdoj.gov
16

17

18    Dated: April 28, 2008                         ROBERT B. JOBE
                                                    Attorney for Plaintiff
19

20

21                              [          ] ORDER

22           Pursuant to stipulation, IT IS SO ORDERED that Defendants shall answer the Complaint

23    no later than May 27, 2008.

24

25    Dated:    4/29/2008

26                                                  MARILYN H. PATEL
                                                    United States District Judge
27

28