GREGORY G. KATSAS
Acting Assistant Attorney General
DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
VICTOR M. LAWRENCE, DCBN 449052
Senior Litigation Counsel
CHRISTOPHER W. HOLLIS, ILBN 6283101
Trial Attorney

    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 305-0899; FAX: (202) 616-8962

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMARJIT SINGH, | No. 08-cv-1021 (MHP) |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISSAL;** |
| EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services, et al., | ~~[PROPOSED]~~ **ORDER** |
| Defendants. | |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal with prejudice of the above-entitled action in light of the fact that the United States Citizenship and Immigration Services has approved Plaintiff's application for adjustment of status.

//
//

STIPULATION
No. 08-cv-1021 (MHP)

The parties shall bear their own costs and fees.

Dated: May 7, 2008

GREGORY G. KATSAS
Acting Assistant Attorney General

DAVID J. KLINE
Director, District Court Section

VICTOR M. LAWRENCE
Senior Litigation Counsel

By: _____
CHRISTOPHER W. HOLLIS
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 305-0899; 616-8962 (fax)
christopher.hollis@usdoj.gov

Dated: May 7, 2008

_____
ROBERT B. JOBE
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED that this case is dismissed with prejudice.

Dated: 5/8/2008

IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION
No. 08-cv-1021 (MHP)

2